IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TOMMY SAVATH,

    Petitioner,

v.

MARK CAPOZZA, et al.,

    Respondents.

CIVIL ACTION
NO. 18-3398

## ORDER

**AND NOW**, this 11th day of September, 2019, after careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Thomas J. Rueter, with no objections filed, it is hereby **ORDERED** as follows:

1. The Report and Recommendation (Docket No. 17) is **APPROVED** and **ADOPTED**.
2. The motion for appointment of counsel is **DENIED**.
3. The petition for writ of habeas corpus is **DENIED**.
4. There is no probable cause to issue a certificate of appealability.

        **BY THE COURT:**

        **/s/ Jeffrey L. Schmehl**
        Jeffrey L. Schmehl, J.